IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID EASLEY, : | |
| : | |
| Plaintiff(s)  : | |
| : | Case Number: 1:07cv37 |
| vs.  : | |
| : | District Judge Susan J. Dlott |
| CORRECTION OFFICER WILLIAM BAUER : | |
| et. al., | |
| : | |
| Defendant(s).  : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 22, 2008 a Report and Recommendation (Doc. 14). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 17).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendants' Motion to Dismiss (Doc. 9) is **GRANTED** and this case is **CLOSED.**

**IT IS SO ORDERED.**

    s/Susan J. Dlott_____
**Susan J. Dlott**
**United States District Judge**